**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RADIO FLYER INC., | |
| PLAINTIFF, | CIV. NO. _____ |
| V. | |
| AMERICAN PLASTIC TOYS, INC., | JURY TRIAL DEMANDED |
| DEFENDANT. | |

## COMPLAINT

Plaintiff, Radio Flyer Inc. ("Radio Flyer"), for its Complaint against Defendant, American Plastic Toys, Inc. ("APT"), states and alleges as follows:

## PARTIES

1.     Radio Flyer is a corporation duly organized and existing under the laws of the State of Illinois, having its principal place of business located at 6515 West Grand Ave., Chicago, Illinois 60707.

2.     Upon information and belief, defendant APT is a Michigan company that has a corporate address of 799 Ladd Road, Walled Lake, Michigan 48390.

## JURISDICTION AND VENUE

3.     This action arises under the Lanham Act, 15 U.S.C. §§ 1051 *et seq*., the Patent Statute, 35 U.S.C. §§ 1 *et seq*., and related state laws.  This Court has subject matter jurisdiction over this action under 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338, and the doctrine of supplemental jurisdiction because the state law claims are so related to Radio

Flyer's federal law claims that they form part of the same case or controversy and derive from a common nucleus of operative facts. 28 U.S.C. § 1367.

4.    This Court has personal jurisdiction over APT because within this District APT engages in business and has committed the acts of unfair competition, trademark infringement and patent infringement complained of herein. APT has placed infringing products into the stream of commerce, through an established distribution channel, with the knowledge and/or understanding that such products are shipped into, sold, and/or used in this District.

5.    APT sells its infringing 2 in 1 Wagon within this District at the Walmart store located at 137 W North Ave, Northlake, IL 60164 for $59. APT's 2 in 1 Wagon is also offered for sale and sold through the Walmart.com website for $59, meaning consumers within this District can purchase the wagon online and have it delivered to locations within this District. *See* https://www.walmart.com/ip/American-Plastic-Toy-Deluxe-Wagon-2-In-1/487425373.

6.    Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b) because, among other reasons, APT is subject to personal jurisdiction in this District, has committed acts of infringement in this District, and has a regular and established place of business in this District and in Illinois.

7.    APT publicly identifies Paul Oberlin, Jr. Inc. ("Oberlin") as its sales representative for the Midwest/Minnesota/Dakotas. *See* https://americanplastictoys.com/contact/; *see also* https://3mzmd927sok31fokfe2wzd61-wpengine.netdna-ssl.com/wp-content/uploads/2018/08/2018_APT_catalog.pdf. APT represents on its website Oberlin has a place of business within this District at 1920 Waukegan Suit No. 206A, Glenview, IL 60025 and has an office phone number of (847)-657-6237. The

(847) area code is associated with locations within this District. *See*

https://www.gurnee.il.us/connect/phone-numbers.

8. Oberlin has been APT's sales representative for over nineteen (19) years and, on information and belief, has maintained a continuous and ongoing physical presence within this District. *See*

https://web.archive.org/web/20000304041043/http://www.americanplastictoys.com/salesreps.html. On information and belief, APT sends Oberlin product samples, promotional materials, and displays products, which Oberlin displays and uses for the benefit of APT and in furtherance of APT's business, all within this District and in Illinois.

9. This permanent and continuous presence within this District and in Illinois demonstrates that APT has a regular and established business practice in this District and in Illinois.

<u>**GENERAL ALLEGATIONS**</u>

**HISTORY OF RADIO FLYER**

10. Radio Flyer is a Chicago-based family business that has manufactured and sold children's wagons for over a 100 years. Since its inception, Radio Flyer has sold millions of its iconic red metal wagons, as well as millions of red plastic wagons, in its iconic Red Wagon Trade Dress that have brought smiles to kids of all ages and created lasting memories for families around the globe. As a result of its extensive sales and promotion for its products, and in view of the numerous awards and accolades that Radio Flyer has received for its high quality products, Radio Flyer and its Red Wagon Trade Dress have become famous, are extremely well-known to generations of consumers (parents and children alike), and have generated an enormous amount of goodwill.

11.    Radio Flyer's founder, Antonio Pasin, immigrated to America in 1914 from a small town near Venice, Italy in search of a better life.  In 1917, Mr. Pasin had saved enough money to rent a one-room workshop on Chicago's west side to set up a woodworking shop to build phonograph cabinets.  Mr. Pasin soon transitioned to making and selling wooden wagons under the company name Liberty Coaster Company.

12.    The late 1920s were difficult for many businesses, but Mr. Pasin's focus on making high quality and affordable wagons ensured his products were in high demand.  Mr. Pasin continued to push his company forward, and, inspired by the automotive industry, began using metal-stamping technology to produce steel wagons instead of wood wagons.  Always looking to innovate, Mr. Pasin applied mass-production techniques to his wagon-making, and became one of the world's largest producers of toy wagons. Because of his use of mass-production techniques, Mr. Pasin was nicknamed "Little Ford."

13.    In 1930, Mr. Pasin changed the name of his company from Liberty Coaster to Radio Steel & Manufacturing.  Mr. Pasin's company slogan, which he painted on his delivery trucks, was "For every boy. For every girl." because he dedicated himself to the task of one day supplying every American family with a wagon that could be passed down to the next generation.



14.    In 1933, Mr. Pasin decided to create an exhibit at the World's Fair in Chicago to help promote his wagons.  Mr. Pasin constructed a 45-foot tall statue of a boy riding a RADIO FLYER® wagon.  The huge wagon in the exhibit was an early version of the iconic red metal wagon trade dress, featuring a red rectangular body, a black handle, and wheels that were red and white as shown below (*see* https://www.radioflyer.com/heritage/):



15.    Mr. Pasin also sold miniature RADIO FLYER® red wagons at the 1933 World's Fair in a store built into the base of the wagon exhibit.  The miniature RADIO FLYER® red wagons similarly featured the iconic red metal wagon trade dress, including a red rectangular body, a black handle, and wheels that were red and white as shown below (see https://www.radioflyer.com/heritage/):



16.    By the early 1940's, Radio Flyer had developed a line of red wagons, including wagons bearing the RADIO FLYER® trademark:



17.    After World War II, Radio Flyer continued to bring innovative, high quality, durable, dependable and affordable wagons to the marketplace.  By the 1950s, RADIO FLYER® red wagons could be found in countless households across America.

18.    The appearance of Radio Flyer's little red wagon is unique, has acquired distinctiveness, is non-functional and serves as trade dress, namely an indicator of the source of Radio Flyer's wagons ("Red Wagon Trade Dress").  The Red Wagon Trade Dress is made up of the following features:  (i) a red rectangular body, (ii) a black handle, and (iii) wheels that are black with a white hub and red cap. The Red Wagon Trade Dress is show below:

6



19.   In 1987, Radio Steel and Manufacturing Co. officially changed its name to Radio Flyer Inc., and the entities are referred to herein as "Radio Flyer".

20.   In 2003, Radio Flyer's pioneering innovator, Mr. Antonio Pasin was inducted into the Toy Industry Hall of Fame.  Mr. Pasin was only the 44th toy innovator to be inducted into the Toy Industry Hall of Fame.

21.   Radio Flyer's red wagon has become a feature of American pop culture that has underscored the fame and goodwill in the children's toy bearing the Red Wagon Trade Dress. Radio Flyer wagons have appeared in dozens of TV programs and movies, including *E.T.*, *Scent of a Woman*, *The Prince of Tides*, and *Waiting to Exhale*.


*Scent of a Woman*

22.    In the 1980s, a RADIO FLYER® wagon featuring the Red Wagon Trade Dress was one of the coveted prizes awarded during the Grand Prize 'Bucket' Game on the iconic television show *BOZO THE CLOWN*.

23.    In 1992, a feature film was released entitled *Radio Flyer* which celebrated the classic red wagon's ability to encourage imagination and adventure. The movie centers on the boys ability to escape their harsh home life by imagining that their Radio Flyer wagon is an airplane that can fly them to safety.  Throughout the film, the little red wagon appeared in its Red Wagon Trade Dress.  The *Radio Flyer* film showed that the famous and instantly recognizable, yet simple, toy in the Red Wagon Trade Dress has become extraordinary to children everywhere.



24.    In 2017, Radio Flyer won an Emmy for its animated short film, *Taking Flight*, which was inspired by the life and heritage of Antonio Pasin, inventor of the Radio Flyer wagon. In this fictional tribute to Pasin's legacy, what begins as a small boy's over-scheduled, over supervised, boring day with Grandpa turns into a larger-than-life journey on a Radio Flyer wagon, narrowly escaping wild monkeys and battling aliens to save the universe.



25.    In 1994, Radio Flyer released the company's first-ever plastic wagon, Model #2100 PUSH-PULL.  As shown below, this plastic wagon incorporated and used the Red Wagon Trade Dress:



26.    For its 80th Anniversary in 1997, Radio Flyer introduced the WORLD'S LARGEST WAGON® featuring a giant model of its iconic wagon in the Red Wagon Trade Dress.  The giant wagon, which is located in front of Radio Flyer's corporate headquarters, is

29 feet long, 13 feet wide, and weighs 15,000 pounds, and is nine (9) times larger than the traditional little red wagon. The giant model replicates, features and uses the Red Wagon Trade Dress.



27.    To celebrate Radio Flyer's 100th anniversary, Radio Flyer brought the World's Largest Wagon to Michigan Avenue in downtown Chicago on July 13th, 2017, where Mayor Rahm Emmanuel participated in a celebration to honor the company's anniversary.

 

28. Radio Flyer's Chicago-based family business has received countless awards recognizing it as one of the best places to work in Illinois. For example, Radio Flyer has been named one of the top five best small businesses to work in Illinois by *Business Ledger* for the last ten years and was ranked number one in five of those ten years. *See* https://www.radioflyer.com/media/wysiwyg/daily-herald-bptw19.pdf.

29. Following the tradition of its founder, Antonio Pasin, Radio Flyer continues to innovate and develop intellectual property to set Radio Flyer apart from other manufacturers. *Crain's* magazine has recognized Radio Flyer a number of times for filing the most patents per 100 employees in the Chicago area. *See* https://www.chicagobusiness.com/article/20161001/ISSUE01/160929901/chicago-s-most-innovative-companies.

### RADIO FLYER'S PATHFINDER WAGON®

### AND THE PATHFINDER WAGON® PRODUCT TRADE DRESS

30. Beginning at least as early as November 2002, Radio Flyer began to sell the PATHFINDER WAGON®, which uses in commerce the Red Wagon Trade Dress that instantly identifies it to consumers as a Radio Flyer product. Reproduced below is an image of the PATHFINDER WAGON®:



31.    The appearance of Radio Flyer's PATHFINDER WAGON® is unique, has acquired distinctiveness, is non-functional and serves as a trade dress, namely an indicator of the source of Radio Flyer's PATHFINDER WAGON® ("PATHFINDER WAGON® Product Trade Dress").  The PATHFINDER WAGON® Product Trade Dress consists of the following features:  (i) a red rectangular body, (ii) a black handle, (iii) wheels that are black with a white hub and red cap, and (iv) a front and rear seat that angle back and extend above the red body(*see* a picture of the PATHFINDER WAGON® Product Trade Dress above in Paragraph 30).

32.    One of the unique features of the PATHFINDER WAGON® is its two foldable seats that cover a storage area in a first configuration also act as a backrest for the child in a second position.  Images of the foldable seats and storage area of the PATHFINDER WAGON® are shown below:

 

First Configuration

 

Second Configuration

33. Each foldable seat of the PATHFINDER WAGON® includes different patterns molded into the plastic. Specifically, as shown below, the front surface of the seat incorporates horizontal slats that exemplify a cushion, and the rear surface of the seat incorporates longitudinal ribs.

 

34. The PATHFINDER WAGON® also includes cup holders between the seats with a rectangular area for a juice box, and the body of the wagon is designed to enable the handle to fold under the wagon in a storage position.

 

35. The PATHFINDER WAGON® was Radio Flyer's first wagon to include seatbelts, which help protect the children riding in the wagon. The PATHFINDER WAGON® meets ASTM International's Standard Consumer Safety Specification for Toy Safety F963-17. The body of the PATHFINDER WAGON® is made using a roto-molded technique to enable the wagon to have a 200 pound weight capacity.

36. Based on these innovations, the PATHFINDER WAGON® has won the Parents' Choice award in 2003 and the Gold National Parenting Publications Award in 2004.

37. The above identified features and Radio Flyer's excellent, high quality reputation has enabled it to sell millions of the PATHFINDER WAGON® since 2003.

**PATHFINDER WAGON® PACKAGING TRADE DRESS**

38. Since at least as early as May 2013, Radio Flyer has used in commerce a unique and distinctive packaging trade dress for the PATHFINDER WAGON® ("PATHFINDER WAGON® Packaging Trade Dress"). Radio Flyer has sold in commerce nearly a million units of PATHFINDER WAGON® brand wagons under the PATHFINDER WAGON® Packaging Trade Dress which is reproduced below:



14

39. The PATHFINDER WAGON® Packaging Trade Dress features the following elements: (i) image of the wagon with the PATHFINDER WAGON® Product Trade Dress, (ii) two children sitting in the wagon, each holding onto the side of the wagon, (iii) the wagon riding from left to right on a light sidewalk with green grass by the sidewalk and green bushes in the background, (iv) the black handle rising to the upper right as if being pulled by an adult, (v) the absence of an image of the person pulling the wagon, (vi) four images in squares showing features of the wagon with explanatory text appearing in a red rectangle at the bottom of each of the four images, the first showing the seats folded up with two yellow arrows, the second showing the seats folded down and the words "flatbed storage," and the third showing the cup holders, and (vii) the phrase "2 Wagons in 1" appearing in the upper right of the elongated panel in white lettering. The same elements are visible in a slightly different configuration on the side panel of the product packaging.

40. The overall PATHFINDER WAGON® Packaging Trade Dress is inherently distinctive, or has acquired distinctiveness, is non-functional and serves as a trade dress, namely an indicator of the source of Radio Flyer's PATHFINDER WAGON® brand wagons. When potential consumers encounter the PATHFINDER WAGON® brand wagon in its packaging on store shelves or online, the PATHFINDER WAGON® Packaging Trade Dress allows them to realize the product is a genuine wagon made by Radio Flyer.

41. In addition, the overall PATHFINDER WAGON® Packaging Trade Dress is inherently distinctive, or has become distinctive, is non-functional and serves as an indicator of genuine wagon made by Radio Flyer. The PATHFINDER WAGON® Packaging Trade Dress is also entirely consistent with packaging for other product sold by Radio Flyer, as the packaging for numerous Radio Flyer products utilizes the same packaging template.

15

### RADIO FLYER'S MY 1ST 2-IN-1 WAGON® REGISTERED TRADEMARK

42.    Since at least as early as August 7, 2016, Radio Flyer has used in commerce, and continues to use in commerce, the mark MY 1ST 2-IN-1 WAGON® ("MY 1ST 2-IN-1 WAGON® Mark") in connection with wagons. The MY 1ST 2-IN-1 WAGON® Mark, when viewed in its entirety, is distinctive or has become distinctive, and serves as a source identifier for Radio Flyer's high quality products.

43.    Radio Flyer owns a federal trademark registration for the MY 1ST 2-IN-1 WAGON® Mark, Reg. No. 5,097,000, with 2-IN-1 WAGON disclaimed, for use with wagons ("Registration").  Attached as Exhibit 1 is a true and correct copy of the Registration.  The Registration is currently valid, subsisting and in full force and effect.  The Registration is *prima facie* evidence of the validity of the MY 1ST 2-IN-1 WAGON® Mark, of Radio Flyer's ownership of the MY 1ST 2-IN-1 WAGON® Mark, and of Radio Flyer's exclusive right to use the MY 1ST 2-IN-1 WAGON® Mark in commerce in connection with wagons. 15 U.S.C. § 1115.

44.    Pursuant to 15 U.S.C. § 1072, APT has constructive notice of Radio Flyer's claim of ownership in the Mark.

### WALMART'S OFFERING OF RADIO FLYER'S PATHFINDER WAGON®

45.    Walmart first began selling the PATHFINDER WAGON® in 2003.

46.    On or about January 2019, Walmart advised Radio Flyer it had decided to phase out the PATHFINDER WAGON®.

47.    Walmart sold the PATHFINDER WAGON® for $88 but recently reduced the price to $69 for remaining inventory of the PATHFINDER WAGON®. *See*

16

https://www.walmart.com/ip/Radio-Flyer-Pathfinder-2-in-1-Wagon-Folding-Seats-Red/3541214.

### APT'S 2 in 1 WAGON IS A COPY OF THE PATHFINDER WAGON®

48.　On information and belief, APT markets and sells in commerce in this District and throughout the United States wagons under the mark 2 in 1 WAGON that compete with Radio Flyer's wagons ("2 in 1 Wagon"). The APT 2 in 1 Wagon is reproduced below:



49.　On information and belief, APT sources its 2 in 1 Wagon to Walmart to directly compete with and ultimately replace the PATHFINDER WAGON®.

50.　On information and belief, APT set out to intentionally copy the PATHFINDER WAGON® in nearly every respect, including the PATHFINDER WAGON® Product Trade Dress, the PATHFINDER WAGON® Packaging Trade Dress, and features protected by Radio Flyer patents.

51.　While Walmart phases out sales of the Radio Flyer PATHFINDER WAGON®, both APT's 2 in 1 Wagon and Radio Flyer's PATHFINDER WAGON® brand wagon are currently simultaneously available for purchase through Walmart's website at Walmart.com. *Compare* https://www.walmart.com/ip/American-Plastic-Toy-Deluxe-Wagon-2-In-

17

1/487425373 with https://www.walmart.com/ip/Radio-Flyer-Pathfinder-2-in-1-Wagon-Folding-Seats-Red/3541214.

52.     Walmart stores sell a number of other Radio Flyer products besides the PATHFINDER WAGON® brand wagon, and in fact APT's 2 in 1 Wagon is sold immediately adjacent other Radio Flyer products in Walmart.





53.     The APT 2 in 1 Wagon incorporates many protected features from Radio Flyer's PATHFINDER WAGON® brand wagon.  Identical to Radio Flyer's PATHFINDER

WAGON®, APT's 2 in 1 Wagon has two foldable seats that cover the storage area in a first configuration, and which angle back and extend above the rectangular body as a backrest for the child in a second position.



First Configuration          Second Configuration

54.    Each of the foldable seats of APT's 2 in 1 Wagon includes nearly the exact same patterns as Radio Flyer's PATHFINDER WAGON®.  The front surface of the seats of APT's 2 in 1 Wagon has the same horizontal slats that exemplify a cushion as in the PATHFINDER WAGON® Product Trade Dress, and the rear surface of the seat in the APT 2 in 1 Wagon incorporates longitudinal ribs just like the rear surface in the PATHFINDER WAGON® Product Trade Dress.  Additionally, both wagons include cup holders with a rectangular area for a juice box.



Radio Flyer's
PATHFINDER WAGON®

APT's
2 in 1 Wagon

Radio Flyer's
PATHFINDER WAGON®

APT's
2 in 1 Wagon

55.    Like Radio Flyer's PATHFINDER WAGON®, APT's 2 in 1 Wagon is designed to enable the handle to fold under the wagon in a storage position.



Extra-long handle folds under for storage

56. Although APT set out to copy the PATHFINDER WAGON® brand wagon, the 2 in 1 Wagon is of lower quality. On information and belief, the 2 in 1 Wagon lacks certain safety features meaning it potentially poses a significant risk of harm to children. For example, the 2 in 1 Wagon does not include seatbelts, increasing the risk of injury to young children when riding in the wagon.

57. APT's 2 in 1 Wagon does not meet the ASTM F963-17 toy standard, thereby increasing the danger that children face when using the APT 2 in 1 Wagon. APT's 2 in 1 Wagon fails to meet the ASTM F963 toy standard because (i): the APT 2 in 1 Wagon fails section 4.13.2, Hinge-Line Clearance, and (ii) the APT 2 in 1 Wagon fails section 4.18.1, Accessible Clearances for Moveable Segments.

58. The APT 2 in 1 Wagon only has an 84-pound weight capacity, which is much less than the 200-pound capacity of the PATHFINDER WAGON®.

59. On information and belief, APT's manufacturing process leaves raw plastic edges on the 2 in 1 Wagon, giving an unfinished appearance and low quality feel.

60.     When consumers mistakenly believe that the 2 in 1 Wagon is a Radio Flyer product, injury to children using the 2 in 1 Wagon will likely be attributed to Radio Flyer, and will significantly damage and harm Radio Flyer's goodwill and reputation among parents, children and throughout the marketplace.

### APT'S 2 in 1 WAGON PACKAGING IS NEARLY IDENTICAL
### TO THE PATHFINDER WAGON® PACKAGING TRADE DRESS

61.     APT sells the 2 in 1 Wagon in packaging ("2 in 1 Wagon Packaging") that is nearly identical to the PATHFINDER WAGON® Packaging Trade Dress.  The 2 in 1 Wagon Packaging includes the following features: (i) image of the wagon incorporating the features of the PATHFINDER WAGON® Product Trade Dress, (ii) an image of two children, a boy and a girl, sitting in the wagon, each holding onto the side of the wagon, (iii) image of the wagon riding from left to right on a light colored sidewalk with green grass by the sidewalk and green bushes in the background, (iv) the black handle rising to the upper right as if being pulled by an adult,  (v) the absence of an image of the person pulling the wagon, (vi) four images in squares showing features of the wagon with explanatory text appearing in a red rectangle at the bottom of each of the four images, the first showing the seats folded up with two yellow arrows, the second showing the seats folded down and the words "flatbed storage," and the fourth showing the cup holders storage, (vii) the mark 2 in 1 WAGON appearing in the upper right of the elongated panel, and (viii) the APT logo appearing in the upper left of the elongated panel. The 2 in 1 Wagon Packaging and the PATHFINDER WAGON® Packaging Trade Dress are reproduced below:



**APT's False Claims That The 2 in 1 Wagon Meets ASTM F963**

62.    APT claims in commercial advertising or promotion, including placing the claim directly on the 2 in 1 Wagon product packaging, that "This Product Conforms to Product Safety Standard ASTM: F963" ("ASTM F963 Claim").

63.    APT also claims in promotional materials, including the About Us page of its website, that "[e]very American Plastic Toys product is tested by at least one independent U.S. safety-testing lab to ensure that it complies with applicable safety standards," which claim implies that the 2 in 1 Wagon conforms to, and meets the requirements of, ASTM F963 ("Website Claim").

64.    Upon information and belief, independent testing has confirmed that the 2 in 1 Wagon does not conform to ASTM F963. As a result, the ASTM F963 Claim is literally false, and the Website Claim is literally false or, in the alternative, is true but misleading.

**APT'S ACTIONS ARE LIKELY TO CAUSE CONFUSION**

65.    APT's continued sale of wagons having the (a) 2 in 1 Product Configuration, (b) 2 in 1 Packaging, and (c) under the 2 in 1 WAGON mark, that are virtually identical to Radio Flyer's corresponding PATHFINDER WAGON® Product Trade Dress, PATHFINDER WAGON® Packaging Trade Dress, and MY 1ST 2-IN-1 WAGON® Mark, is likely to cause consumers to confusingly believe the 2 in 1 Wagon is a Radio Flyer product. Because of

APT's actions, consumers are likely to mistakenly believe that the 2 in 1 Wagon is manufactured by, authorized by, or somehow affiliated with Radio Flyer.

66. APT's use of the 2 in 1 Product Configuration, 2 in 1 Packaging, and 2 in 1 WAGON mark is likely to confuse consumers. APT's use of the combination of these elements in one product makes confusion even more likely, particularly when the 2 in 1 Wagon and PATHFINDER WAGON® are currently simultaneously offered for sale through the Walmart website. Through its actions, APT is attempting to improperly ride on Radio Flyer's coattails in the toy wagon market. APT undoubtedly hopes its sales of the 2 in 1 Wagon will be significantly higher because of its use of the 2 in 1 Product Configuration, 2 in 1 Packaging, and 2 in 1 WAGON mark to create a product so highly similar to Radio Flyer's PATHFINDER WAGON® brand wagon, that consumers will mistakenly believe the product is related to Radio Flyer.

## APT'S ACTIONS HAVE CAUSED ACTUAL CONFUSION

67. Radio Flyer's customer service team received an email from a consumer complaining about a malfunctioning Radio Flyer wagon. The customer referred to the wagon as a Pathfinder. The customer provided a picture and model reference for the wagon, however, the wagon that the customer referenced was not a Radio Flyer Pathfinder Wagon, but was actually an APT 2 in 1 Wagon.

68. This is clear evidence of actual confusion, as well as actual evidence of irreparable harm to Radio Flyer's brand.

69. APT has committed all of the aforesaid acts deliberately, willfully, maliciously and oppressively, without regard to Radio Flyer's proprietary rights.

24

70.    The aforementioned acts of APT have damaged and will continue to damage Radio Flyer, cause it irreparable harm, and Radio Flyer has no adequate remedy at law.

## COUNT I

## Patent Infringement Pursuant To 35 U.S.C. § 271

71.    Radio Flyer repeats and re-alleges each and every allegation of the foregoing paragraphs as though fully set forth herein.

72.    As its first ground for relief, Radio Flyer alleges patent infringement pursuant to 35 U.S.C. § 271.

73.    Radio Flyer is the owner of all rights and interests in U.S. Patent No. 6,932,365 entitled "Convertible Toy Wagon" ("the '365 patent"), which was duly and lawfully issued by the United States Patent and Trademark Office on August 23, 2005. A true and correct copy of the '365 patent is attached as Exhibit 2 and made a part hereof.

74.    The '365 patent lists Gary Chiappetta, Bryan Fox, Joel Koster, and Hector Rodriguez as inventors.

75.    Radio Flyer has complied with the statutory notice provision of 35 U.S.C. § 287.

76.    APT has at no time been licensed under the '365 patent.

77.    Defendant has infringed and continues to infringe one or more claims of the '365 patent, literally and/or under the doctrine of equivalents, by its manufacture, use, sale, importation, and/or offer for sale its 2 in 1 Wagon that embodies one or more claims of the '365 patent.

78.    By way of example, Claim 17 of the '365 patent recites as follows:

A toy wagon comprising:
       a) a body having front, rear and side walls defining a passenger space with a bottom portion defining a storage compartment beneath the passenger space;
       b) a first horizontal seating surface positioned adjacent to an opening of storage compartment;

c) first seatback pivotally attached to the wagon body so that said first seatback may be rotated between a closed position where it covers the first horizontal seating surface and at least a portion the opening of the storage compartment while a back of the first seatback serves as a bottom for the passenger space of the wagon and an open position where the first seatback supports the back of a first individual sitting on the first horizontal seating surface with their legs in the storage compartment; and

d) a second horizontal seating surface and a second seatback, said second horizontal seating surface positioned adjacent to the opening of the storage compartment on a side opposite of the first horizontal seating surface and the second seatback pivotally connected to the wagon body so that the second seatback may be rotated between a closed position where it covers the second horizontal seating surface and at least a portion the opening of the storage compartment while a back of the second seatback serves as a bottom for the passenger space of the wagon and an open position where the second seatback supports the back of an individual sitting on the horizontal second seating surface with their legs in the storage compartment.

79. By way of example, APT's 2 in 1 Wagon meets each and every limitation of

Claim 17 of the '365 patent as shown below:

| A toy wagon comprising: a) a body having front, rear and side walls defining a passenger space with a bottom portion defining a storage compartment beneath the passenger space; |  |
| --- | --- |

| | |
|---|---|
| b) a first horizontal seating surface positioned adjacent to an opening of storage compartment; | First Horizontal Seating Surface<br>Storage Compartment |
| c) first seatback pivotally attached to the wagon body so that said first seatback may be rotated between a closed position where it covers the first horizontal seating surface and at least a portion the opening of the storage compartment while a back of the first seatback serves as a bottom for the passenger space of the wagon and | In the Closed Position the First Seatback Covers The First Horizontal Seating Surface<br>Covers A Portion The Opening Of The Storage Compartment<br>FLIP UP SEATBACKS<br>First Seatback Pivotally Attached To The Wagon Body |
| an open position where the first seatback supports the back of a first individual sitting on the first horizontal seating surface with their legs in the storage compartment; and | an open position where the first seatback supports the back of a first individual sitting on the first horizontal seating surface with their legs in the storage compartment |

| | |
|---|---|
| d) a second horizontal seating surface and a second seatback, said second horizontal seating surface positioned adjacent to the opening of the storage compartment on a side opposite of the first horizontal seating surface and |  Second Horizontal Seating Surface · Storage Compartment |
| the second seatback pivotally connected to the wagon body so that the second seatback may be rotated between a closed position where it covers the second horizontal seating surface and at least a portion the opening of the storage compartment while a back of the second seatback serves as a bottom for the passenger space of the wagon and |  Second Seatback Pivotally Attached To The Wagon Body · Covers A Portion The Opening Of The Storage Compartment · In the Closed Position the Second Seatback Covers The Second Horizontal Seating Surface |
| an open position where the second seatback supports the back of an individual sitting on the horizontal second seating surface with their legs in the storage compartment. |  an open position where the second seatback supports the back of a second individual sitting on the second horizontal seating surface with their legs in the storage compartment |

80.    APT contributorily infringes and induces infringement of the '365 patent by offering to sell and selling 2 in 1 Wagon to customers, buyers, users and others who directly infringe the '365 patent.  Infringement of the '365 patent can be found through use of the accused wagons, which are not staple articles or commodities of commerce suitable for substantial non-infringing use in an ordinary and intended manner.  APT contributes to and induces infringement of the '365 patent by inducing its customers to use 2 in 1 Wagon in the United States, with knowledge of the '365 patent at least as of the date of the service of this complaint.

81.    APT's infringement of the '365 patent is willful at least as of the date of the service of this Complaint.

82.    Plaintiff has been injured and damaged by APT's infringement of the '365 patent. Defendant's infringement has caused, and will continue to cause, irreparable harm to Radio Flyer, for which Radio Flyer has no adequate remedies at law, unless and until enjoined by this Court.

## COUNT II

### Lanham Act – Federal Unfair Competition Pursuant To 15 U.S.C. § 1125(a) PATHFINDER WAGON® Packaging Trade Dress

83.    Radio Flyer repeats and re-alleges each and every allegation of the foregoing paragraphs as though fully set forth herein.

84.    As its second ground for relief, Radio Flyer alleges federal unfair competition, namely trade dress infringement pursuant to 15 U.S.C. §1125(a), specifically that APT's use in commerce of the 2 in 1 Wagon Packaging infringes, and unfairly competes with, the PATHFINDER WAGON® Packaging Trade Dress.

85.    The sale of wagons in the 2 in 1 Packaging, as hereinabove pleaded, is likely to cause confusion, mistake and/or deception among the relevant public, including consumers, and has caused actual confusion, as to the affiliation, connection, or association between APT's products and those of Radio Flyer, and/or mislead the public into thinking that Radio Flyer is the origin of, or has sponsored or approved of, APT's products and/or commercial activities, and thus constitutes federal unfair competition, false designation of origin and passing off in violation of 15 U.S.C. §1125(a)(1)(A).

86.    APT's actions irreparably harm the value of Radio Flyer's PATHFINDER WAGON® Packaging Trade Dress and irreparably injure Radio Flyer's invaluable reputation and goodwill.

87.    APT created, adopted and used in commerce the confusingly similar 2 in 1 Packaging with full knowledge of Radio Flyer's rights in its PATHFINDER WAGON® Packaging Trade Dress.  The sale and promotion of wagons in the 2 in 1 Packaging has been made in bad faith and with a willful and deliberate intent to pass off its wagons as those of Radio Flyer and trade on the significant goodwill developed in the PATHFINDER WAGON® Packaging Trade Dress.  In view of the willful nature of APT's activities, this is an exceptional case within the meaning of 15 U.S.C. §1117(a).

88.    Unless restrained by this Court, APT will continue to engage in its scheme to violate the longstanding rights of Radio Flyer, to mislead the public, and to trade upon and injure Radio Flyer's reputation and goodwill.  APT's infringing activities have damaged Radio Flyer, resulted in unjust enrichment to APT, and has caused and will continue to cause, unless enjoined by this Court, substantial and irreparable damage and injury to Radio Flyer and the public, for which damage and injury Radio Flyer has no adequate remedy at law.

## COUNT III

### Lanham Act – Federal Unfair Competition Pursuant To 15 U.S.C. § 1125(a) PATHFINDER WAGON® Product Trade Dress

89. Radio Flyer repeats and re-alleges each and every allegation of the foregoing paragraphs as though fully set forth herein.

90. As its third ground for relief, Radio Flyer alleges federal unfair competition, namely trade dress infringement pursuant to 15 U.S.C. §1125(a), specifically that APT's use in commerce of the 2 in 1 Wagon Product design infringes, and unfairly competes with, the PATHFINDER WAGON® Product Trade Dress.

91. The sale of wagons in the 2 in 1 Product Configuration, as hereinabove pleaded, is likely to cause confusion, mistake and/or deception among the relevant public, including consumers, and has actually caused confusion, as to the affiliation, connection, or association between APT's products and those of Radio Flyer, and/or mislead the public into thinking that Radio Flyer is the origin of, or has sponsored or approved of, APT's products and/or commercial activities, and thus constitutes federal unfair competition, false designation of origin and passing off in violation of 15 U.S.C. §1125(a)(1)(A).

92. APT's actions irreparably harm the value of Radio Flyer's PATHFINDER WAGON® Product Trade Dress and irreparably injure Radio Flyer's invaluable reputation and goodwill.

93. APT created, adopted and used in commerce the confusingly similar 2 in 1 Product Configuration with full knowledge of Radio Flyer's rights in its PATHFINDER WAGON® Product Trade Dress. The sale and promotion of wagons in the 2 in 1 Product Configuration has been made in bad faith and with a willful and deliberate intent to pass off its wagons as those of Radio Flyer and trade on the significant goodwill developed in the

PATHFINDER WAGON® Product Trade Dress. In view of the willful nature of APT's activities, this is an exceptional case within the meaning of 15 U.S.C. §1117(a).

94. Unless restrained by this Court, APT will continue to engage in its scheme to violate the longstanding rights of Radio Flyer, to mislead the public, and to trade upon and injure Radio Flyer's reputation and goodwill. APT's infringing activities have damaged Radio Flyer, resulted in unjust enrichment to APT, and has caused and will continue to cause, unless enjoined by this Court, substantial and irreparable damage and injury to Radio Flyer and the public, for which damage and injury Radio Flyer has no adequate remedy at law.

**COUNT IV**

**Lanham Act – Federal Trademark Infringement Pursuant To 15 U.S.C. § 1114(1)
MY 1ST 2 in 1 WAGON®**

95. Radio Flyer repeats and re-alleges each and every allegation of the foregoing paragraphs as though fully set forth herein.

96. As its fourth ground of relief, Radio Flyer alleges federal trademark infringement, namely that APT's use of the 2 in 1 WAGON mark is a colorable imitation of, and infringes Radio Flyer's rights in, its federally registered MY 1ST 2-IN-1 WAGON® Mark.

97. APT's sale of wagons under the 2 in 1 WAGON mark, as hereinabove pleaded, is likely to cause confusion, mistake and/or deception among the relevant public, including consumers, as to the affiliation, connection, or association between the 2 in 1 Wagon and Radio Flyer's wagons, and/or mislead the public into thinking that Radio Flyer is the origin of, or has sponsored or approved of APT's production and/or commercial activities.

98. APT's actions irreparably harm the value of Radio Flyer's MY 1ST 2-IN-1 WAGON® mark and irreparably injure Radio Flyer's invaluable reputation and goodwill.

99.   APT's actions, as described above, are likely to cause confusion, or to cause mistake or to deceive consumers in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

100.   APT created, adopted and used in commerce the confusingly similar 2 in 1 WAGON mark with full knowledge of Radio Flyer's rights in its MY 1ST 2-IN-1 WAGON® Mark.  The sale and promotion of wagons under the 2 in 1 WAGON mark has been made in bad faith and with a willful and deliberate intent to pass off its wagons as those of Radio Flyer and trade on the significant goodwill developed in the MY 1ST 2-IN-1 WAGON® Mark.  In view of the willful nature of APT's activities, this is an exceptional case within the meaning of 15 U.S.C. §1117(a).

101.   Unless restrained by this Court, APT will continue to engage in its scheme to violate the longstanding rights of Radio Flyer, to mislead the public, and to trade upon and injure Radio Flyer's reputation and goodwill.  APT's infringement has damaged Radio Flyer, has resulted in unjust enrichment to APT, and has caused and will continue to cause, unless enjoined by this Court, substantial and irreparable damage and injury to Radio Flyer and the pubic, for which damage and injury Radio Flyer has no adequate remedy at law.

**COUNT V**

**Lanham Act – Federal Unfair Competition Pursuant To 15 U.S.C. § 1125(a)**

**Combination of PATHFINDER WAGON® Packaging Trade Dress, PATHFINDER WAGON® Product Trade Dress And MY 1ST 2-IN-1 WAGON®**

102.   Radio Flyer repeats and re-alleges each and every allegation of the foregoing paragraphs as though fully set forth herein.

103.   As its fifth ground for relief, Radio Flyer alleges federal unfair competition pursuant to 15 U.S.C. §1125(a), specifically that APT's promotion and sale of the 2 in 1 wagon

in commerce under the combination of the 2 in 1 Product Configuration, 2 in 1 Packaging, and 2 in 1 WAGON mark unfairly competes with Radio Flyer, and constitutes passing off and false designation of origin, because of the similarity with Radio Flyer's PATHFINDER WAGON® Packaging Trade Dress, PATHFINDER WAGON® Product Trade Dress and MY 1ST 2-IN-1 WAGON® Mark.

104.  The sale of wagons in the 2 in 1 Product Configuration, 2 in 1 Packaging, and 2 in 1 WAGON mark, as hereinabove pleaded, is likely to cause confusion, mistake and/or deception among the relevant public, including consumers, and has caused actual confusion, as to the affiliation, connection, or association between APT's products and those of Radio Flyer, and/or mislead the public into thinking that Radio Flyer is the origin of, or has sponsored or approved of, APT's products and/or commercial activities, and thus constitutes federal unfair competition, false designation of origin and passing off in violation of 15 U.S.C. §1125(a)(1)(A).

105.  APT's actions irreparably harm the value of Radio Flyer's PATHFINDER WAGON® Packaging Trade Dress, PATHFINDER WAGON® Product Trade Dress and MY 1ST 2-IN-1 WAGON® Mark, and irreparably injure Radio Flyer's invaluable reputation and goodwill.

106.  APT created, adopted and used in commerce the confusingly similar 2 in 1 Product Configuration, 2 in 1 Packaging, and 2 in 1 WAGON mark with full knowledge of Radio Flyer's rights in its PATHFINDER WAGON® Packaging Trade Dress, PATHFINDER WAGON® Product Trade Dress and MY 1ST 2-IN-1 WAGON® Mark.  The sale and promotion of wagons in the 2 in 1 Product Configuration, 2 in 1 Packaging, and 2 in 1 WAGON mark has been made in bad faith and with a willful and deliberate intent to pass off

APT's wagons as those of Radio Flyer and trade on the significant goodwill developed in the PATHFINDER WAGON® Packaging Trade Dress, PATHFINDER WAGON® Product Trade Dress and MY 1ST 2-IN-1 WAGON® Mark.  In view of the willful nature of APT's activities, this is an exceptional case within the meaning of 15 U.S.C. §1117(a).

107.  Unless restrained by this Court, APT will continue to engage in its scheme to violate the longstanding rights of Radio Flyer, to mislead the public, and to trade upon and injure Radio Flyer's reputation and goodwill.  APT's infringing activities have damaged Radio Flyer, resulted in unjust enrichment to APT, and have caused and will continue to cause, unless enjoined by this Court, substantial and irreparable damage and injury to Radio Flyer and the public, for which damage and injury Radio Flyer has no adequate remedy at law.

**COUNT VI**

**Lanham Act – False Advertising Under Federal Law Pursuant to 15 U.S.C. § 1125(a)**

**APT's False Claim That 2 in 1 Wagon Meets ASTM F963**

108.  Radio Flyer repeats and re-alleges each and every allegation of the foregoing paragraphs as though fully set forth herein.

109.  As its sixth ground for relief, Radio Flyer alleges false advertising pursuant to 15 U.S.C. § 1125(a)(1)(B), specifically that APT's use in commercial advertising or promotion of the ASTM F963 Claim and the Website Claim constitutes false advertising because it misrepresents the nature, characteristics, or qualities of the 2 in 1 Wagon.  Radio Flyer believes that it is being damaged by APT's false advertising as pleaded herein.

110.  The ASTM F963 Claim and the Website Claim are material false statements of fact made in a commercial advertisement, namely the product packaging for the 2 in 1 Wagon and on APT's website.  The false ASTM F963 Claim and the Website Claim have either

actually deceived, or have the tendency to deceive a substantial segment of relevant consumers. Radio Flyer has been, or is likely to be, injured as a result of the ASTM F963 Claim and/or the Website Claim. The ASTM F963 Claim is literally false because the 2 in 1 Wagon does not conform to ASTM F963, as confirmed by independent testing. The Website Claim is either literally false or, in the alternative, is true but misleading because the 2 in 1 Wagon must not have been tested by a safety-testing lab to ensure compliance with the applicable safety standard, namely, ASTM F963.

111. APT's actions irreparably harm Radio Flyer's invaluable reputation and goodwill. Radio Flyer is likely to suffer significant monetary damages and discernible competitive injury by the diversion of sales from Radio Flyer to APT and a loss of goodwill in Radio Flyer's products.

112. APT disseminated and used in commerce the ASTM F963 Claim and the Website Claim with full knowledge that the 2 in 1 Wagon does not, in fact, conform to toy safety standard ASTM F963. Such actions have been made in bad faith and with a willful and deliberate intent to deceive consumers. In view of the willful nature of APT's activities, this is an exceptional case within the meaning of 15 U.S.C. §1117(a).

113. Unless restrained by this Court, APT will continue to engage in its scheme to deceive consumers, and damage Radio Flyer, through the use and dissemination of the ASTM F963 Claim and Website Claim. APT's false advertising has damaged Radio Flyer, resulted in unjust enrichment to APT, and have caused and will continue to cause, unless enjoined by this Court, substantial and irreparable damage and injury to Radio Flyer and the public, for which damage and injury Radio Flyer has no adequate remedy at law.

## COUNT VII

### Illinois Uniform Deceptive Trade Practices Act Pursuant To 815 ILCS 510/1 *et seq.*

114.  Radio Flyer repeats and re-alleges each and every allegation of the foregoing paragraphs as though fully set forth herein.

115.  As its seventh ground for relief, Radio Flyer alleges unfair and deceptive acts in violation of the laws of the State of Illinois.  Radio Flyer and APT are competitors in the toy field, particularly in the sale of wagons.  APT's actions, as alleged herein, are likely to cause confusion or misunderstanding, and has caused actual confusion, as to the source, sponsorship, or approval of wagons sold in the State of Illinois by APT, and thus constitute unfair and deceptive acts or practices in the conduct of a business, trade, or commerce, in violation of Illinois Statute 815 ILCS 510/1 *et seq.*

116.  The consuming public is likely to be damaged as a result of APT's deceptive trade practices or acts.

117.  APT's actions, as alleged herein, have been willful, have caused, and are likely to continue to cause, irreparable injury and damage to Radio Flyer, for which Radio Flyer has no adequate remedy at law.

## COUNT VIII

### State Of Illinois Common Law Unfair Competition

118.  Radio Flyer repeats and re-alleges each and every allegation of the foregoing paragraphs as though fully set forth herein.

119.  As its eighth ground of relief, Radio Flyer alleges unfair competition under the common law of the State of Illinois.  APT's sale and promotion of the 2 in 1 Wagon in the 2 in 1 Product Configuration, 2 in 1 Packaging, and 2 in 1 WAGON mark constitutes unfair competition under the common law of the State of Illinois.

120.   As a result of APT's actions, the relevant consuming public is likely to mistakenly believe, and has actually believed, that APT's 2 in 1 Wagon product has originated from and/or has been approved by Radio Flyer.

121.   APT's actions have damaged and will continue to damage Radio Flyer, and has irreparably injured Radio Flyer, for which damage and injury Radio Flyer has no adequate remedy at law.

## PRAYER FOR RELIEF

**WHEREFORE, RADIO FLYER Demands:**

A.      That APT, together with all of its officers, agents, servants, employees, attorneys, successors, parents, related companies and assigns and its business or businesses, and all those in active concert or participation with them, be forthwith preliminarily and thereafter permanently enjoined and restrained from:

1.      Using, marketing or selling any products in connection with the 2 in 1 Product Configuration, the PATHFINDER WAGON® Product Trade Dress, or any other trade dress or product configuration that is confusingly similar to the PATHFINDER WAGON® Product Trade Dress;

2.      Using, marketing or selling any products in connection with the 2 in 1 Packaging, the PATHFINDER WAGON® Packaging Trade Dress, or any other trade dress that is confusingly similar to the PATHFINDER WAGON® Packaging Trade Dress;

3.      Using, marketing or selling any products in connection with the 2 in 1 WAGON Mark, the MY 1ST 2-IN-1 WAGON® Mark, or any other mark that is confusingly similar to the MY 1ST 2-IN-1 WAGON® Mark;

4.      Using, marketing or selling any products in connection with a product configuration, trade dress and/or trademark that, in combination, is likely to cause confusion with Radio Flyer's PATHFINDER WAGON® Product Trade Dress, PATHFINDER WAGON® Packaging Trade Dress and/or MY 1ST 2-IN-1 WAGON® Mark;

5.      Doing any other act or thing (i) likely to induce the mistaken belief that APT's wagons or other toy products are in any way affiliated, connected or associated with Radio Flyer, its wagons or other toy products, or (ii) that otherwise would damage Radio Flyer's goodwill and reputation;

6.      Unfairly competing with Radio Flyer in any manner whatsoever;

7.      Causing a likelihood of confusion with respect to Radio Flyer's PATHFINDER WAGON® Product Trade Dress, PATHFINDER WAGON® Packaging Trade Dress and/or MY 1ST 2-IN-1 WAGON® Mark;

8.      Using or otherwise disseminating the ASTM F963 Claim and the Website Claim, or making any other statement in a commercial advertisement or promotion that the 2 in 1 Wagon conforms to toy safety standard ASTM F963 when this is not the case; and

9.      Further infringing any claim of the '365 patent.

B.      That APT be directed to file with the Court and serve upon Radio Flyer within thirty (30) days after issuance of an injunction, a report in writing and under oath setting forth in detail the manner and form in which it has complied with the injunction.

C.      That APT be required to deliver for destruction all of its 2 in 1 Wagons, packaging, advertisements or other tangible materials showing the 2 in 1 Product Configuration, 2 in 1 Packaging, and/or 2 in 1 WAGON mark, the ASTM F963 Claim, the Website Claim or any other similar or related materials in its possession or control that violate Radio Flyer's rights in its PATHFINDER WAGON® Product Trade Dress, PATHFINDER WAGON® Packaging Trade Dress and/or MY 1ST 2-IN-1 WAGON® Mark or that falsely advertises that the 2 in 1 Wagon conforms to ASTM F963.

D.      That Radio Flyer be awarded monetary relief in an amount to be fixed by the Court in its discretion as just, including:

    1.      Disgorgement of all profits received by APT from sales and revenues of any kind made as a result of its acts of trademark infringement or unfair competition, said amount to be trebled; and

    2.      All damages sustained by Radio Flyer as a result of APT's acts of trademark infringement, unfair competition, or false advertising and that such damages be trebled.

E.      That APT has infringed one or more claims of the '365 patent and that Radio Flyer be awarded damages adequate to compensate Radio Flyer as a result of APT's infringement of the '365 patent, but in no event less than a reasonable royalty.

F.      That APT's infringement of the '365 patent has been willful and that damages be increased up to three times the amount found or assessed.

G.      That this case be found to be exceptional and that Radio Flyer be awarded its reasonable attorney fees pursuant to 35 U.S.C. § 285.

H.      That, because of the exceptional nature of this case resulting from APT's deliberate infringing actions and disregard for Radio Flyer's rights, this Court award to Radio Flyer all reasonable attorneys' fees, costs and disbursements incurred as a result of this action, pursuant to 15 U.S.C. § 1117.

I.      That Radio Flyer shall have such other and further relief as this Court may deem

just.

Dated: August 15, 2019        By:      /s/Matthew J. Gryzlo
                                Matthew J. Gryzlo (Illinois Bar No. 6243042)
                                Philip A. Jones (Illinois Bar No. 6217213)
                                Casey Campbell (Illinois Bar No.6318370)
                                Barnes & Thornburg LLP
                                One North Wacker Drive, Suite 4400
                                Chicago, Illinois 60606
                                Phone: (312) 357-1313

                                Todd G. Vare (Illinois Bar No. 6238287)

                                Barnes & Thornburg LLP
                                11 South Meridian Street
                                Indianapolis, IN 46204
                                Phone: (317) 236-1313

                                Attorneys for Radio Flyer Inc.